UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7376 CAS (AGRx) | Date | July 12, 2010 |
|---|---|---|---|
| Title | *IRA DAVES V. MICHAEL B. MUKASEY* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Cohen | Cindy Cipriani |

**Proceedings:**   TELEPHONIC STATUS CONFERENCE RE: SETTLEMENT

Hearing held telephonically and counsel are present.  The Court confers with counsel and sets a Telephonic Further Status Conference re: Settlement on **July 30, 2010** at **12:00 P.M. (Noon).**   Counsel for **PLAINTIFF** is ordered to initiate the telephone conference call **THROUGH THE TELEPHONE OPERATOR** to include all counsel of record, and **CHAMBERS at (213) 894-8551** on the date and time scheduled. If the Court's conference line is busy, continue to try to connect, the Court may be finalizing a previous conference call.  Counsel shall be available 30 minutes prior and 30 minutes after the time scheduled for the telephone conference.

|  | 00 | : | 10 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |