Michael L. Cohen, (SBN 206253)
Heather M. McKeon (SBN: 186414)
COHEN McKEON LLP
1910 West Sunset Boulevard, Suite 440
Los Angeles, California 90026
Telephone: (213) 413-6400
Facsimile: (213) 403-6400
cohen@cohenmckeon.com
mckeon@cohenmckeon.com

Attorneys for Plaintiff
Ira Daves

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRA DAVES, an individual, | Case No.: CV-08-07376 GW (AGRx) |
| Plaintiff, | **JOINT REQUEST TO CONTINUE THE STATUS CONFERENCE CALL CURRENTLY SCHEDULED FOR JULY 30, 2010.** |
| vs. | |
| ERIC H. HOLDER, Attorney General of the United States, | |
| Defendants | |

# STIPULATION

1. The Court has set a status conference call for Friday, July 30, 2010, at noon;

2. The purpose of the call is for the parties' attorneys to advise the Court of the status of the parties' settlement negotiations.

3. The parties have made substantial progress toward settling this dispute but still need a little more time for negotiation.

4. Both of Mr. Daves' attorneys—Michael L. Cohen and Heather M. McKeon—will be on a flight at noon this Friday for an out-of-state business meeting and therefore cannot participate in the call at noon.

5. The Government's attorney—Cindy Cipriani—has professional obligations that will make it difficult for her to participate in a call at noon this Friday.

6. Counsel for both parties are available to participate in a call on Wednesday, August 18, 2010.

7. Mr. Daves' attorneys will be unavailable from August 19th to September 6th, 2010 because of pre-paid family vacations and attendance at a pre-paid professional conference.

For these reasons, the parties hereby stipulate to the following:

8. Good cause exists to continue the status conference call with the Court.

2

JOINT REQUEST TO CONTINUE THE STATUS CONFERENCE CALL CURRENTLY SCHEDULED FOR JULY 30, 2010.

9. Subject to the Court's approval, the status conference call currently scheduled for Friday, July 30, 2010 should be continued to August 18, 2010 or to some other time amenable to the Court, but not between August 19th and September 6th.

DATED: July 29, 2010                    COHEN MCKEON LLP


By:___S/MICHAEL L. COHEN___
    Michael L. Cohen
    Attorney for Plaintiff,
    Ira Daves


DATED: July __, 2010                    U.S. Attorneys Office


By:___S/CINDY M. CIPRIANI___
    Cindy M. Cipriani
    Attorney for Defendant

**JOINT REQUEST TO CONTINUE THE STATUS CONFERENCE CALL CURRENTLY SCHEDULED FOR JULY 30, 2010.**