MICHAEL L. COHEN (SBN: 206253)
HEATHER M. MCKEON (SBN: 186414)
COHEN & McKEON, LLP
1910 Sunset Blvd., Suite 440
Los Angeles, California 90026
Telephone:    (213) 943-6800
Facsimile:    (213) 943-6850
cohen@cohenmckeon.com

Attorneys for Plaintiff
IRA DAVES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRA DAVES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States,<br><br>　　　　Defendants. | Case No.  CV-08-07376 CAS AGRx<br><br>*Assigned to Hon. Christina A. Snyder*<br>*Courtroom 5*<br><br>**[PROPOSED] ORDER APPROVING PARTIES' JOINT REQUEST TO CONTINUE THE STATUS CONFERENCE CALL CURRENTLY SET FOR JULY 30, 2010**<br><br>Complaint Filed:   11-06-08<br>Trial Date:          None Assigned |

## ORDER

The Court has considered the parties' Stipulation to Continue the Status Conference Call Currently Set for July 30, 2010 and has decided to APPROVE the stipulation. The status conference call currently set for Friday, July 30, 2010 is hereby continued to _____, 2010, at _____ a.m./p.m.

DATED:   July \_\_\_, 2010

_____
HON. CHRISTINA A. SNYDER
U.S. DISTRICTY COURT JUDGE