1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                          WESTERN DIVISION

11  IRA DAVES,                      )    Case No.: CV 08-07376 CAS (AGRx)
                                    )
12                                  )    PROTECTIVE ORDER
                  Plaintiff,        )    GOVERNING DISCOVERY
13  v.                              )
                                    )
14  ERIC H. HOLDER, JR.,            )
    ATTORNEY GENERAL,               )
15                                  )
                  Defendant.        )
16  _____ )

17

18          Pursuant to the Joint Request by Plaintiff and the United States of America for a

    Protective Order, and good cause appearing, the Court hereby orders as follows:
19
            1.     The Parties Joint Request for a Protective Order is hereby granted.  All terms
20
    of the Joint Request are incorporated herein as if fully set forth.
21

22      IT IS SO ORDERED:

23      DATED: March 3, 2011            *alicia G. Rosenberg*
                                        _____
24                                      Hon. Alicia G. Rosenberg
                                        Magistrate Judge
25                                      United States District Court

26

27

28