LAURA E. DUFFY
United States Attorney
CINDY M. CIPRIANI
Special Attorney
California State Bar No. 144402
EUGENE LONG
Special Attorney
California State Bar No. 240663
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7390
Facsimile: (619) 557-5004
Email: cindy.cipriani@usdoj.gov

Attorneys for Defendant
Eric H. Holder, Jr.,
Attorney General of the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRA DAVES, <br><br> Plaintiff, <br><br> v. <br><br> ERIC H. HOLDER, JR., ATTORNEY GENERAL, <br><br> Defendant. | Case No.: CV 08-07376 CAS (AGRx) <br><br> JOINT MOTION BY PLAINTIFF IRA DAVES AND DEFENDANT ATTORNEY GENERAL ERIC H. HOLDER, JR. FOR DISMISSAL OF COMPLAINT |

Plaintiff, IRA DAVES, and Defendant, Eric H. Holder, Jr., Attorney General of the United States, by and through their respective counsel, Michael Cohen of Cohen McKeon LLP and Cindy Cipriani of the Office of the U.S. Attorney, have resolved the issues raised in this action. Accordingly, the parties have stipulated that the above-captioned case should be dismissed in its entirety with prejudice.

Based on the foregoing, it is respectfully requested that the Court enter an order dismissing the action with prejudice.

///

DATED: March 22, 2011                Cohen McKeon LLP

s/ Michael Cohen
Michael Cohen
Attorney for Plaintiff Ira Daves
E-Mail: cohen@cohenmckeon.com

I certify that the content of this document is acceptable to Mr. Cohen and that I have obtained authorization to affix his electronic signature to this document.

DATED: March 22, 2011                LAURA E. DUFFY
United States Attorney

s/Cindy Cipriani
Special Attorney
E-Mail cindy.cipriani@usdoj.gov
Counsel for Defendant
Attorney General Eric Holder