**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IRA DAVES,                                           ) | Case No.: CV 08-07376 CAS (AGRx) |
|                                                     ) | |
|                          Plaintiff,                 ) | ORDER DISMISSING CASE WITH PREJUDICE |
| v.                                                  ) | |
|                                                     ) | |
| ERIC H. HOLDER, JR.,                                ) | |
| ATTORNEY GENERAL,                                   ) | |
|                                                     ) | |
|                          Defendant.                 ) | |
| _____ ) | |

     Pursuant to the Joint Motion to Dismiss Case with Prejudice filed by the parties to the above-referenced case, and good cause appearing therefor,

     **IT IS HEREBY ORDERED** that this case be dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED: March 25, 2011

_____
HON. CHRISTINA A. SNYDER
United States District Judge